IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 14-540-03 |
| CYNTHIA FOXWORTH | : | |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 29th day of October, 2015, came the attorney for the government and the defendant being present with counsel, and

☐ The Court having granted the defendant's motion for judgment of acquittal as to: _____

☐ A jury has been waived, and the Court has found the defendant not guilty as to: _____

☒ The jury has returned its verdict, finding the defendant not guilty as to: Counts 2, 3, and 8 of the Indictment

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

_____
R. Barclay Surrick, J.

cc: U.S. Marshal
    Probation Office
    Counsel

10/29/15
Date
By Whom  C. Franzese

Cr 1 (8/80) 10/30/15
Faxed to: AUSA Hall Halim Isenberg furlong Briskin PTS   2cc: Marshal
                                                          1cc: Probation